**Order entered April 21, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01593-CR

**JEFFREY LYNN ADAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2012-1-0206**

## ORDER

The Court **GRANTS** appellant's April 17, 2015 second motion for extension of time to file appellant's brief.

We **ORDER** appellant to file his brief within **TEN (10) DAYS** from the date of this order.

/s/    ADA BROWN
       JUSTICE